UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

RONALD J. BARGANTINE,

       Plaintiff

v.

MECHANICS COOPERATIVE BANK,

       Defendant

Civil Action No. 13-11132-NMG

**DEFENDANT'S APPLICATION FOR ATTORNEYS' FEES AND COSTS
PURSUANT TO MASSACHUSETTS GENERAL LAWS CHAPTE 231, §59H**

Pursuant to G.L. c. 231, §59H, and as a result of the Court's ruling on Defendant's

Special Motion to Dismiss, as set forth in the November 27, 2013 Memorandum of Decision

(Docket No. 41), the Defendant Mechanics Cooperative Bank moves that the Court award its

attorneys' fees and costs incurred in its defense of this matter, against the Plaintiff Ronald J.

Bargantine, in the amount of $14,263.04, as set forth in the accompanying Affidavit of Mark W.

Corner.  As grounds for this application, the Defendant states as follows:

1.      As indicated in the Court's Memorandum and Order, the Court ordered dismissal

of a portion of the Plaintiff's claims against the Defendant pursuant to G.L. c. 231, §59H, the so-

called "Anti-SLAPP" statute.

2.      As provided in G.L. c. 231, §59H, once a special motion to dismiss is granted,

"the court <u>shall award</u> the moving party costs and reasonable attorneys' fees, including those

incurred for the special motion on any related discovery matters."  Such an award of attorneys'

fees is mandatory upon allowance of a special motion to dismiss, and the amount of the award

need not be limited to legal work incurred in bringing the special motion to dismiss itself.  <u>See</u>,

e.g., Office One, Inc. v. Lopez, 437 Mass. 113, 126 (2002); see also Fabre v. Walton, 436 Mass. 517, 522 (2002).

        3.      As indicated in the accompanying Affidavit of Mark W. Corner, the Defendant is entitled to an award from the Plaintiff of attorneys' fees of $14,198.50, and costs of $64.54, totaling $14,263.04 for legal work performed to date by Riemer & Braunstein LLP, counsel to the Defendant, in defense of the Plaintiff's claims against Mechanics in this matter.

MECHANICS COOEPRATIVE BANK,

By his Attorneys,
RIEMER & BRAUNSTEIN LLP

Dated:  December 23, 2013

/s/ Mark W. Corner_____
Mark W. Corner, BBO #550156
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

## CERTIFICATE OF SERVICE

      I, Mark W. Corner, hereby certify that the foregoing was served by electronic notification upon the following on December 23, 2013.

Beth M. Nussbaum, Esquire
Smith Lee Nebenzahl, LLP
One Post Office Square
Sharon, MA  02067

/s/ Mark W. Corner _____
Mark W. Corner

1642493.1

2